UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61409-CIV-DIMITROULEAS

BRIAN SHERWIN,

    Plaintiff,

vs.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), BRIAN SHERWIN, Plaintiff herein, voluntary dismisses this action with prejudice as to COMMERCIAL RECOVERY SYSTEMS, INC., Defendant herein, with each party to bear its own attorneys' fees and costs.

Dated: August 29, 2012        Respectfully submitted,

                                /s/ J. Dennis Card, Jr.
                                J. Dennis Card, Jr., Esq.
                                E-mail: DCard@Consumerlaworg.com
                                Florida Bar No. 0487473
                                Consumer Law Organization, P.A.
                                2501 Hollywood Boulevard, Suite 100
                                Hollywood, Florida 33020
                                Telephone: (954) 921-9994
                                Facsimile: (954) 921-9553
                                Attorney for Plaintiff